FILED'09 FEB 12 16:08 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| JUDITH MANIATES, | ) | CV 08-3038-PA |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| LAKE COUNTY OREGON, and KENNETH KESTNER, | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

Judgment is for defendants on all claims.

DATED this __12__ day of February, 2009.

_____
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

1 - JUDGMENT